UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNY LOVE,<br><br>                       Petitioner,<br>v.<br><br>SAN DIEGO COUNTY JAIL,<br><br>                       Respondent. | Case No.: 3:21-cv-0358-GPC-AHG<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

On February 26, 2021, Petitioner, a state prisoner proceeding pro se, submitted a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. On March 17, 2021, the Court dismissed the Petition because Petitioner failed to satisfy the filing fee requirement and failed to name a proper respondent. (*See* ECF No. 2.) The Court notified Petitioner that in order to have his case reopened, he must (1) either pay the filing fee or provide adequate proof of his inability to pay <u>and</u> (2) file a fist Amended Petition which names a proper respondent and is complete in itself, no later than May 21, 2021. (*Id*.) On March 31, 2021, Petitioner filed a motion to proceed in forma pauperis ("IFP"). (ECF No. 3.)

/ / /

/ / /

/ / /

/ / /

### REQUEST TO PROCEED IN FORMA PAUPERIS

According to Petitioner's Application to Proceed in Forma Pauperis, Petitioner has no funds available with which to pay the filing fee.[1] Petitioner cannot afford the $5.00 filing fee. Thus, the Court **GRANTS** Petitioner's application to proceed in forma pauperis, and allows Petitioner to prosecute the above-referenced action without being required to prepay fees or costs and without being required to post security.

### CONCLUSION

The Court **GRANTS** Petitioners request to proceed in forma pauperis. Petitioner's case, however, **REMAINS CLOSED**. In order to have it reopened, Petitioner must file a First Amended Petition which cures the pleading deficiency, as discussed in this Court's March 17, 2021 Order (ECF No. 2), **no later than May 21, 2021**. *For Petitioner's' convenience, the Clerk of Court shall attach to this Order a blank First Amended Petition form and a copy of this Court's March 17, 2021 Order. (ECF No. 2.)*

IT IS SO ORDERED.

Dated: April 2, 2021

Hon. Gonzalo P. Curiel
United States District Judge

---

[1] Along with his in forma pauperis application, Petitioner includes a letter, explaining that although he is an inmate at Corcoran State Prison, he has been temporarily transferred to San Diego County Jail in order to attend state court proceedings related to his resentencing. (ECF No. 3 at 6.) Because Petitioner is not currently housed at Corcoran State Prison, he does not have access to his CDCR prison trust account statement. (*See id.*) Accordingly, while the Court typically requires a copy of an inmate's trust account statement to accompany IFP requests, the Court accepts Petitioner's affidavit and letter, in lieu of the trust account statement, in the interest of justice.