# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNY LOVE,<br><br>                                  Petitioner,<br><br>v.<br><br>SAN DIEGO COUNTY JAIL,<br><br>                                  Respondent. | Case No.: 3:21-CV-0358-GPC-AHG<br><br>**ORDER:**<br><br>**1) GRANTING PETITIONER'S MOTION TO REOPEN CASE;**<br><br>**2) ORDERING PETITIONER TO FILE AN AMENDED PETITION BY NOVEMBER 8, 2021; and**<br><br>**3) DIRECTING THE CLERK OF COURT TO PROVIDE PETITIONER WITH AN AMENDED PETITION FORM AND THIS COURT'S MARCH 17, 2021 ORDER** |

## PROCEDURAL BACKGROUND

On February 26, 2021, Petitioner, a state prisoner proceeding pro se, submitted a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. On March 17, 2021, the Court dismissed the Petition because Petitioner failed to satisfy the filing fee requirement and failed to name a proper respondent. *See* ECF No. 2. On March 31, 2021, Petitioner filed a motion to proceed in forma pauperis ("IFP"), and on April 2, 2021, the Court granted Petitioners IFP motion. ECF No. 4. In that Order, the Court

ordered Petitioner to file an amended petition by May 21, 2021, and directed the Clerk of Court to send to Petitioner a blank First Amended Petition form and a copy of the March 17 Order. *Id.* The mail sent to Petitioner was returned as undeliverable. ECF No. 5.

## MOTION TO REOPEN CASE

On October 4, 2021, Petitioner moved to reopen his case. ECF No. 7. In his motion, Petitioner explains that between March 2021 and June 2021, Petitioner was transferred between three different state facilities, and was without his property until June 2021. *Id.* at 2. The rapid succession of transfers and subsequent delays in receiving his property, along with lockdowns and other measures intended to curb the spread of COVID-19 in prisons, prevented Petitioner from filing a change of address with the Court. *Id.* Petitioner then sought assistance discerning the status of this case, and discovered he had missed the May 21, 2021 deadline as dictated by this Court's April 2, 2021 Order, *id.* at 2, which was returned as undeliverable, ECF No. 5. Petitioner has now asked the Court to reopen his case, to allow him to file an amended petition. ECF No. 7.

## CONCLUSION

Due to the circumstances of Petitioner's case, the Court **GRANTS** Petitioners motion to reopen his case. Petitioner **must file a First Amended Petition** which cures the pleading deficiency, as discussed in this Court's March 17, 2021 Order (ECF No. 2), **no later than November 8, 2021**.

*For Petitioner's convenience, the Clerk of Court shall attach to this Order a blank First Amended Petition form and a copy of this Court's March 17, 2021 Order (ECF No. 2).*

**IT IS SO ORDERED.**

Dated: October 7, 2021

Hon. Gonzalo P. Curiel
United States District Judge